**Order filed, January 17, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00799-CR
_____

**JAIME HERNANDEZ VIDAL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 209th District Court
Harris County, Texas
Trial Court Cause No. 1160815**

---

## ORDER

Appellant filed a notice of appeal on August 31, 2012. In this appeal, appellant is represented by retained counsel, **George O. Jacobs.** The clerk's record was filed December 27, 2012, and it contains the trial court's order finding that appellant is not indigent and is required to pay the costs of his appeal. No reporter's record has been filed. Jennifer Slessinger, the court reporter for this case, informed this court that appellant had not made payment arrangements for preparation of the reporter's record. The clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record

unless, within 15 days of the notice, appellant provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no response.

Accordingly, we issue the following order:

We ORDER appellant's retained counsel, **George O. Jacobs**, to file a brief in this appeal on or before **February 19, 2013**. If counsel does not timely file the brief as ordered, the court will consider appropriate action, including abating the appeal for a hearing in the trial court. *See* Tex. R. App. P. 38.8(b)(2).


PER CURIAM